# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMM PEDDIE, INDIVIDUALLY,
                    Appellant,
          vs.
SPOT DEVICES, INC., A NEVADA
CORPORATION; HAWS
CORPORATION, A NEVADA
CORPORATON; SPOT INVESTMENTS,
LLC, A NEVADA COMPANY; AND
JOHN PETTIBONE, INDIVIDUALLY,
                    Respondents.

No. 80848

**FILED**

MAR 31 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. David A. Hardy, District Judge
      David Wasick, Settlement Judge
      Lewis Roca Rothgerber Christie LLP/Las Vegas
      Lewis Roca Rothgerber Christie LLP/Phoenix
      Holland & Hart LLP/Reno
      Dotson Law
      Washoe District Court Clerk

21-09328